IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYSON TREMAYNE THILL,<br><br>    Defendant. | 4:22-cr-21-40120<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL, SUPPRESSION MOTION, VOLUNTARINESS MOTION AND ALL RELATED PRETRIAL DEADLINES. |

Comes now, Tyson Tremayne Thill, through his attorney, Assistant Federal Public Defender Matthew M. Powers, moves the Court for its Order to continue the jury trial set for February 28, 2023, for at least thirty (30) days.

As grounds, Defendant states:

1. Defendant made his initial appearance and was arraigned on September 14, 2021, on an Indictment charging Receipt and Distribution of Child Pornography and Attempted Production of Child Pornography.

2. Counsel has hired two experts to review additional discovery which has been provided. Defense counsel has hired an expert to review polygraph data in this case. Defense counsel has also hired an expert to conduct an evaluation of client. Additional time is necessary to complete both of these tasks.

3. Assistant United States Attorney, Jeff Clapper, has no objection to the continuance.

4. Defendant's signed Informed Consent will be submitted under separate cover.

5. Further, counsel represents to the Court that this motion is made neither for purposes of undue delay nor improper reason. Counsel makes this request for Defendant in order to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant, Tyson Tremayne Thill, respectfully requests that this Court continue the trial and all subsequent hearings for at least sixty (60) days.

Dated this 9th day of January, 2023.

                                  Respectfully submitted,

                                  JASON J. TUPMAN
                                  Federal Public Defender

                                  /s/   Matthew M. Powers
                                _____

                                  Matthew M. Powers
                                  Assistant Federal Public Defender
                                  Attorney for Defendant
                                  Office of the Federal Public Defender
                                  Districts of South Dakota and North Dakota
                                  101 S. Main Ave., Suite 400
                                  Sioux Falls SD  57104
                                  Phone: (605) 330-4489
                                  Fax: (605) 330-4499
                                  Filinguser_SDND@fd.org