UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON THILL,<br><br>Defendant. | 4:21-CR-40120-01-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Tyson Thill, moves for a 30-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because more time is needed for a defense expert to review polygraph data and to evaluate defendant. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | February 14, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | February 14, 2023 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to March 3, 2023 |
| Applications for Writ of Habeas Corpus Ad Testificandum | March 14, 2023 |

| Expert witness disclosures | March 14, 2023 |
|---|---|
| Other motions | March 21, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 21, 2023 |
| Plea agreement or petition to plead and statement of factual basis | March 21, 2023 |
| Notify court of status of case | March 21, 2023 |
| Rebuttal expert disclosures | March 28, 2023 |
| Motions in limine | March 28, 2023 |
| Proposed jury instructions due | March 28, 2023 |
| Jury trial | Tuesday, April 04, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated January 10, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE