UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TYSON THILL,<br><br>　　　　　　Defendant. | CR 21-40120<br><br>ORDER TO SEAL GOVERNMENT'S REPONSE TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENT |

　　　The United States of America having moved this Court for an Order to Seal, and good cause having been shown therefor, it is hereby

　　　ORDERED:

　　　That the Government's Response to Defendant's Motion to Suppress Evidence and Statement is permanently sealed under ordered otherwise by the Court.

　　　Dated: _____

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge