DSD Rev. 09/17

# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

**United States of America**
V.
**Tyson Thill**

**EXHIBIT LIST**

Case Number: **21-CR-40120-KES-1**

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Veronica L. Duffy, United States Magistrate Judge | | | | Jeff Clapper | | Matt Powers |
| **TRIAL DATE** | | | | **COURT REPORTER** | | **COURTROOM DEPUTY** |
| March 2, 2023 | | | | Connie Heckenlaible | | JLS |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 3/2/23 | X | ICE Form 73-025 - Statement of Rights – waiver signed 7/28/21 |
| 2 | | | 3/2/23 | X | Polygraph Advisement – signed 7/28/21 |
| 3 | | | 3/2/23 | X | SEALED USB containing audio and video recordings |
| 4 | | | 3/2/23 | X | SEALED Transcripts of audio and video recordings |
| 5 | | | | | |
| 6 | | | 3/2/23 | X | Tactical Polygraph UTAH question |
| | | | | | |
| | A | | 3/2/23 | X | CV of Phillip Toft Jr. |
| | B | | 3/2/23 | X | Report prepared by Phillip Toft, Jr. |
| | C | | | | |
| | D | | 3/2/23 | X | CV of Gregory DeClue, PhD |
| | E | | 3/2/23 | X | Report prepared by Gregory DeClue, PhD |
| | F | | 3/2/23 | X | Report of Investigation |
| | G | | 3/2/23 | X | SEALED - Photo |

Page 1 of 1

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.