# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - VMM | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – March 27, 2023 |

### 4:21-CR-40120-001-KES

| UNITED STATES OF AMERICA | Jeff Clapper |
|---|---|
| Plaintiff, | |
| vs. | |
| TYSON THILL | Matthew Powers |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:30 a.m.

<u>TIME:</u>

| 11:32 a.m. | Enter change of plea. |
|---|---|
| | Mr. Thill failed to appear. |
| | The government requests a warrant. |
| | The court issues a warrant for Tyson Thill. |
| 11:33 a.m. | Court adjourned |