# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - JLS | Court Reporter – Cheryl Hook *by video* |
| Courtroom - SF #2 | Date – March 28, 2023 |

### 4:21-CV-40120 - 01

| UNITED STATES OF AMERICA | Jeff Clapper |
|---|---|
| Plaintiff, | |
| vs. | |
| TYSON THILL | Matthew Powers |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN 12:00 PM

<u>TIME:</u>

12:10 PM    Enter status conference

           The Court addresses counsel
           Mr. Powers motions the court for a 75-day continuance
           The Court will grant the motion and issue a new scheduling order

           Mr. Clapper requests detention
           Mr. Powers does not contest detention
           Mr. Thill is remanded to the custody of the U.S. Marshals

12:14 PM    Court adjourned