UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYSON THILL,<br><br>Defendant. | 4:21-CR-40120-01-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Tyson Thill, moves for a 75-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel needs additional time to consult with his client about whether to move forward with a plea agreement. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | April 25, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | April 25, 2023 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to May 12, 2023 |

| Applications for Writ of Habeas Corpus Ad Testificandum | May 23, 2023 |
|---|---|
| Expert witness disclosures | May 23, 2023 |
| Other motions | May 30, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | May 30, 2023 |
| Plea agreement or petition to plead and statement of factual basis | May 30, 2023 |
| Notify court of status of case | May 30, 2023 |
| Rebuttal expert disclosures | June 6, 2023 |
| Motions in limine | June 6, 2023 |
| Proposed jury instructions due | June 6, 2023 |
| Jury trial | Tuesday, June 13, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated March 28, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE