AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) |
| v. | ) Case No. 21-cr-40120 |
| Tyson Thill | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyson Thill,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

**Defendant failed to appear for change of plea hearing on March 27, 2023**

Date: 03/27/2023

*Issuing officer's signature*

City and state: Sioux Falls, SD

Matthew Thelen
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/27/23, and the person was arrested on *(date)* 3/27/23
at *(city and state)* Tea, SD.

Date: 3/28/23

*Arresting officer's signature*

John Valentine, DUSM
*Printed name and title*

cc: USMS vmm

*Received U.S. Marshal Sioux Falls, SD — 2023 MAR 27 AM 11:50*