IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:21-CR-40120-KES |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION** |
| TYSON TREMAYNE THILL, | ) | **TO EXTEND DEADLINE TO FILE** |
| | ) | **OBJECTIONS TO THE REPORT** |
| Defendant. | ) | **AND RECOMMENDATION** |
| | ) | |

Defendant, above-named, by and through his attorney, Matthew M. Powers, Assistant Federal Public Defender, moves the Court to extend the deadline to file objections to the Report and Recommendations (Doc 61) until April 5, 2023.

1. The Court's current deadline for filing objections is March 30, 2023.

2. Counsel asks for additional time to complete his objections until April 5, 2023. The Assistant United States Attorney, Jeff Clapper, has no objection to the requested delay.

3. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for Defendant in order to have reasonable time necessary for effective preparation and taking into account the exercise of due diligence.

WHEREFORE, Defendant respectfully requests that the deadline for filing objections to the Report and Recommendation be extended until April 5, 2023.

Dated this 30th day of March, 2023

        Respectfully submitted,
        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Matthew M. Powers*
        _____
        Matthew M. Powers
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        101 S. Main Ave., Suite 400
        Sioux Falls SD 57104
        Phone: 605-330-4489
        Fax: 605-330-4499
        Filinguser_SDND@fd.org

*USA v. Click or tap here to enter text.*
CR Click or tap here to enter text.
Defendant's Motion to Extend
   Deadline to File Objections to the PSR
Click or tap here to enter text.
Page 2

*USA v. Click or tap here to enter text.*
CR Click or tap here to enter text.
Defendant's Motion to Extend
   Deadline to File Objections to the PSR
Click or tap here to enter text.
Page 2