# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TYSON THILL<br><br>Defendant. | 4:21-CR-40120-KES-1<br><br>RECEIPT FOR RETURN<br>OF EXHIBITS |

Received from Matthew W. Thelen, Clerk, United States District Court for the District of South Dakota, the following exhibits:

Exhibit 3 of the evidentiary hearing held on March 2, 2023.

Dated this 24th day of May, 2023.

_____
Jeffrey C. Clapper
Attorney for the Plaintiff