# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy - MSB<br>Courtroom - SF #2<br>U.S. Probation Officer – Not Present | Court Reporter – Carla Dedula<br>Date – May 30, 2023 |
|---|---|

4:21-CR-40120-KES-1

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TYSON THILL<br><br>Defendant. | Jeff Clapper<br><br><br><br><br><br>Matt Powers |
|---|---|

TIME HEARING SCHEDULED TO BEGIN: 10:00 AM

TIME:
10:04 AM     Enter Change of Plea Hearing

                Defendant pleads guilty to Count 2 of the Indictment.

                Sentencing scheduled for: **August 21, 2023, at 9:00 AM.**

10:19 AM     Court in recess.