# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – August 21, 2023 |
| U.S. Probation Officer – Natalie Kaufman | |

### 4:21-CR-40120-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TYSON THILL<br><br>Defendant. | Jeff Clapper<br><br><br><br><br><br>Matt Powers |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:

9:06 AM    Enter CONTESTED sentencing hearing.

   Defendant sentenced to 180 months in custody; 5 years supervised release; $100 special assessment.

9:29 AM    Court in recess.